AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br>**HERBETH SAMUEL MARROQUIN-HERNANDEZ**<br><br>*Defendant(s)* | Case No. 21-MJ-8338-WM |

FILED BY _____ SP _____ D.C.
**Sep 1, 2021**
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __August 21, 2021__ in the county of __Palm Beach__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8 U.S.C. 1326(a) | Illegal re-entry after deportation |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

TFO Andy Korzen, HSI
*Printed name and title*

Sworn and Attested to me by Applicant by Telephone (FaceTime) pursuant to Fed. R. Crim. P. 4(d) and 4.1

Date: September 1, 2021

_____
*Judge's signature*

City and state: West Palm Beach, FL

William Matthewman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT OF ANDY KORZEN
## UNITED STATES DEPARTMENT OF HOMELAND SECURITY
## IMMIGRATION AND CUSTOMS ENFORCEMENT

I, Andy Korzen, being duly sworn, depose and state as follows:

1. I am a Task Force Officer (TFO) with the Homeland Security Investigations (HSI), and I am also Deportation Officer with the Immigration and Customs Enforcement (ICE) and have been so employed for over eighteen years. I am currently assigned to the Homeland Security Investigations, West Palm Beach, Florida. My duties and responsibilities include enforcing criminal and administrative immigration laws of the United States. I have also conducted and participated in investigations of this nature.

2. This affidavit is based upon my own knowledge as well as information provided to me by other law enforcement officers. This affidavit does not set forth every fact known to me regarding the investigation, but only those facts necessary to establish probable cause to believe that Herberth Samuel MARROQUIN-HERNANDEZ committed the offense of illegal re-entry after deportation, in violation of Title 8, United States Code, Section 1326(a).

3. On or about August 21, 2021, Herberth Samuel MARROQUIN-HERNANDEZ was arrested in Palm Beach County, Florida for aggravated assault with a deadly weapon. He was booked and detained at the Palm Beach County Jail.

4. A review of the immigration records shows that Herberth Samuel MARROQUIN-HERNANDEZ is a native and citizen of Guatemala. Records further show that on or about March 8, 2012, Herberth Samuel MARROQUIN-HERNANDEZ was ordered removed. The Order of Removal was executed on or about March 21, 2012,

1

whereby Herberth Samuel MARROQUIN-HERNANDEZ was removed from the United States and returned to Guatemala.

5. Thereafter, Herberth Samuel MARROQUIN-HERNANDEZ re-entered the United States illegally and, on or about June 11, 2012, was removed and returned to Guatemala for the second time.

6. On or about August 23, 2021, Deportation Officer Luis Camacho-Uribe took a sworn statement from Herberth Samuel MARROQUIN-HERNANDEZ. Post-*Miranda*, Herberth Samuel MARROQUIN-HERNANDEZ admitted to being a citizen of Guatemala. He further admitted to last entering the United States illegally in 2012, after being previously removed from the United States in 2012.

7. Herberth Samuel MARROQUIN-HERNANDEZ's fingerprints taken in connection with his August 21, 2021 arrest in Palm Beach County were scanned into the IAFIS system. The results confirmed that the scanned fingerprints belong to the same individual who was previously removed from the United States, that is, Herberth Samuel MARROQUIN-HERNANDEZ.

8. A records check in the Computer Linked Application Informational Management System (CLAIMS) was performed to determine if Herberth Samuel MARROQUIN-HERNANDEZ filed an application for permission to reapply for admission into the United States after deportation or removal. After a search was performed in that database system, no record was found to exist indicating that Herberth Samuel MARROQUIN-HERNANDEZ obtained consent from the Attorney General of the United States or from the Secretary of Homeland Security, for re-admission into the United States as required by law.

9. Based on the foregoing, I submit that probable cause exists to believe that, on or about August 21, 2021, Herberth Samuel MARROQUIN-HERNANDEZ, an alien who was previously deported and removed from the United States, was found in the United States, without having received express consent from the Attorney General or the Secretary of the Department of Homeland Security for re-admission into the United States, in violation of Title 8, United States Code, Section 1326(a).

_____
Andy Korzen
Task Force Officer
Homeland Security Investigations

Sworn and Attested to me by Applicant by Telephone (Facetime) pursuant to Fed. R. Crim. P. 4(d) and 4.1 this ___1st___ day of September 2021.

_____
WILLIAM MATTHEWMAN
UNITED STATES MAGISTRATE JUDGE

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-MJ-8338-WM

UNITED STATES OF AMERICA

v.

HERBETH SAMUEL
MARROQUIN-HERNANDEZ

      Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?  ___ Yes ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes ✓ No

3. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?  ___ Yes ✓ No

Respectfully submitted,

JUAN ANTONIO GONZALEZ
ACTING UNITED STATES ATTORNEY

BY: *Rinku Tribuiani*

Rinku Tribuiani
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No.   0150990
500 South Australian Avenue, Suite 400
West Palm Beach, Florida 33401
Tel:    (561) 820-8711
Fax:   (561) 820-8777
Email:  RTribuiani@usa.doj.gov